# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-00022-DSC

| | |
|---|---|
| **RING & PINION SERVICE, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **R. P. MACHINE ENTERPRISES, INC.,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Marc R. Weintraub and Patricia M. Kipnis]" (documents ## 12 and 13) filed April 14, 2014. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: 4/14/2014

David S. Cayer
United States Magistrate Judge